Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 06-5667RBL |
| Plaintiff, ) | |
| ) | ORDER GRANTING UNOPPOSED |
| v. ) | MOTION TO CONTINUE |
| ) | TRIAL DATE AND |
| DELBERT R. MERRILL, ) | PRETRIAL MOTIONS DATE |
| ) | |
| Defendant. ) | |

Upon the unopposed motion of Defendant Delbert R. Merrill to continue the trial and pretrial motions due date in the above-captioned case, and based upon the uncontested facts set forth in the motion, which are hereby incorporated by reference and adopted as findings of fact, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the **trial date** be continued to **April 16, 2007 at 9:00 am.** The period of delay resulting from this continuance from January 8, 2007, to the new trial date of April 16, 2007, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174. The **pretrial motions** due date is extended to **March 5, 2007.**

IT IS SO ORDERED this 3rd day of January, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:
/s/_____
JUDITH MANDEL
Attorney for Defendant
Delbert R. Merrill

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
(MERRILL, CR 06-5667RBL) - 1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970