Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. CR06-5667RBL |
| Plaintiff, | ) | |
| | ) | ORDER |
| | ) | GRANTING STIPULATED |
| v. | ) | MOTION TO DISCLOSE |
| | ) | SEARCH WARRANT |
| DELBERT R. MERRILL, | ) | MATERIALS |
| | ) | |
| Defendant. | ) | |

Upon the stipulated motion of the Government and Defendant Delbert R. Merrill to disclose the sealed search warrant materials in this case, and based upon the facts set forth in the motion, which are hereby incorporated by reference and adopted as findings of fact,

IT IS HEREBY ORDERED that the Government is authorized to produce a copy of the search warrant materials to Merrill's defense counsel. Defense counsel shall use these materials only for purposes of the defense. Defense counsel shall not to make any disclosure of the materials or their contents except as necessary for the defense of this case. Defense counsel shall not provide copies of the materials to any person,

//

//

//

ORDER GRANTING MOTION TO DISCLOSE SEARCH WARRANT MATERIALS
(U.S. v. MERRILL, CR06-5667RBL) - 1

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

1  including her client.  Any court filings which disclose the contents of the materials shall be filed
2  under seal.  The materials shall otherwise remain under seal.
3
4  IT IS SO ORDERED this 5th day of February, 2007.

5  RONALD B. LEIGHTON
   UNITED STATES DISTRICT JUDGE
6
   Presented by:
7
   s/ Michael Dion
8  MICHAEL DION
   Assistant United States Attorney
9

10
   s/ Judith Mandel (per telephonic auth.)
11 JUDITH MANDEL
   Counsel for Defendant Delbert R. Merrill
12

ORDER GRANTING MOTION TO DISCLOSE SEARCH WARRANT MATERIAL
(U.S. v. MERRILL, CR06-5667RBL) - 2

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800